IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V. | § | CRIMINAL NO. 3:17-CR-00155-L |
| DEHSHID NOURIAN (2) | § | |

**DEFENDANT DEHSHID NOURIAN'S PROPOSED WITNESS LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

| # | WITNESS | STATUS | TESTIMONY | CALLED |
|---|---|---|---|---|
| 1 | Aguilar, Nicholas | Possible | | |
| 2 | Arber, Matt | Possible | | |
| 3 | Bachman, Judy | Possible | | |
| 4 | Gilbert, Jerry | Possible | | |
| 5 | Henderson, Joe | Possible | | |
| 6 | Imtiyazuddin, Mohammed | Possible | | |
| 7 | McDonnell, Kevin | Possible | | |
| 8 | Ritter, Robert | Possible | | |
| 9 | RESERVED | | | |
| 10 | RESERVED | | | |
| 11 | RESERVED | | | |
| 12 | RESERVED | | | |
| 13 | RESERVED | | | |
| 14 | RESERVED | | | |
| 15* | Defendant Dehshid Nourian adopts the government and co-defendants' witness lists. Defendant Dehshid Nourian reserves the right to amend this list of trial witnesses. Defendant Dehshid Nourian also reserves the right to call rebuttal witnesses, if necessary. | | | |

Respectfully submitted,

BURLESON, PATE & GIBSON, L.L.P.

*/s/ Michael P. Gibson*
_____
MICHAEL P. GIBSON
TEXAS BAR CARD NO. 07871500

900 Jackson Street, Suite 330
Dallas, Texas 75202
Telephone: (214) 871-4900
Facsimile: (214) 871-7543
Email: mgibson@bp-g.com

COUNSEL FOR DEFENDANT
DEHSHID NOURIAN

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing motion was delivered by ECF filing to Carlos Lopez, the Assistant United States Attorney in charge of this case, 1100 Commerce Street, 3rd Floor, Dallas, TX 75242, on this the 27th day of September, 2022.

*/s/ Michael P. Gibson*
_____
MICHAEL P. GIBSON