IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 3:17-CR-00155-L |
| DEHSHID NOURIAN (2) | § | |

### DEFENDANT DEHSHID NOURIAN'S PROPOSED EXHIBIT LIST

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Defendant, DEHSHID NOURIAN, and respectfully submits the attached Exhibit List.

Respectfully submitted,

BURLESON, PATE & GIBSON, L.L.P.

*/s/ Michael P. Gibson*

_____
MICHAEL P. GIBSON
TEXAS BAR CARD NO. 07871500

900 Jackson Street, Suite 330
Dallas, Texas 75202
Telephone: (214) 871-4900
Facsimile: (214) 871-7543
Email: mgibson@bp-g.com

COUNSEL FOR DEFENDANT
DEHSHID NOURIAN

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered by ECF filing to Carlos Lopez, the Assistant United States Attorney in charge of this case, 1100 Commerce Street, 3rd Floor, Dallas, TX 75242, on this the 27th day of September, 2022.

*/s/ Michael P. Gibson*

_____
MICHAEL P. GIBSON

**PROPOSED EXHIBIT LIST FOR DEHSHID NOURIAN**

| NUMBER | DESCRIPTION | Offered | Admitted |
|---|---|---|---|
| 1* | At this time, Defendant Dehshid Nourian adopts all government and co-defendant exhibit lists filed in this case, subject to and without waiving challenges to admissibility. Defendant reserves the right to supplement or amend this exhibit list, subject to rulings of the Court or submissions of the parties. | | |
| 2 | RESERVED | | |
| 3 | RESERVED | | |
| 4 | RESERVED | | |
| 5 | RESERVED | | |
| 6 | RESERVED | | |
| 7 | RESERVED | | |
| 8 | RESERVED | | |
| 9 | RESERVED | | |
| 10 | RESERVED | | |

**DEFENDANT DEHSHID NOURIAN'S PROPOSED EXHIBIT LIST - Page 2**