IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

JAMSHID NORYIAN (01)
a.k.a. JAMES NORYIAN
DEHSHID NOURIAN (02)
a.k.a. DAVID NOURIAN
CHRISTOPHER RYDBERG (03)
ASHRAF MOFID (04)
a.k.a. SHERRI MOFID
LEYLA NOURIAN (05)
MICHAEL TABA (07)

CRIMINAL NO. 3:17-cr-155-L

**THE UNITED STATES OF AMERICA'S EXHIBIT LIST**

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| **Health Care Benefit Program Records** | | | | |
| **A1** | Department of Labor Provider Enrollment Contract for Ability Pharmacy, Inc. | | | |
| **A2** | Department of Labor Billing Data for Ability Pharmacy, Inc. | | | |
| **A3** | CVS Caremark Provider Enrollment Contract for Ability Pharmacy, Inc. | | | |
| **A4** | CVS Caremark Provider Enrollment Contract for Industrial and Family, LLC | | | |
| **A5** | Blue Cross Blue Shield Billing Data for Ability Pharmacy Inc. and Industrial and Family Pharmacy, LLC | | | |
| **A6** | Department of Labor Provider Enrollment Contract for Industrial and Family Pharmacy, LLC | | | |
| **A7** | Department of Labor Billing Data for Industrial and Family Pharmacy, LLC | | | |
| **A8** | Department of Labor Provider Enrollment Contract for Park Row Pharmacy, LLC | | | |
| **A9** | Department of Labor Billing Data for Park Row Pharmacy, LLC | | | |
| **A10** | CVS Caremark Provider Enrollment Contract for Park Row Pharmacy, LLC | | | |
| **A11** | Blue Cross Blue Shield Billing Data for Park Row Pharmacy, LLC | | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| **A12** | Department of Labor Provider Enrollment Contract and EFT for Michael Taba, M.D. | | | |
| **A13** | Department of Labor Provider Enrollment Contract for Kevin Williams, M.D. | | | |
| **A14** | Department of Labor Provider Enrollment Contract for Leslie Benson M.D. | | | |
| **A15** | Department of Labor Remittance Voucher No. 364963 | | | |
| **A16** | Department of Labor Remittance Voucher No. 382843 | | | |
| **A17** | Department of Labor Remittance Voucher No. 428442 | | | |
| **A18** | Department of Labor Remittance EOB Check #0070001010 | | | |
| **A19** | Department of Labor Remittance EOB Check #0080010275 | | | |
| **A20** | Department of Labor Remittance Voucher No. 445537 | | | |
| **A21** | Department of Labor Remittance Voucher No. 676500 | | | |
| **A22** | Department of Labor Remittance Voucher No. 694582 | | | |
| **A23** | Department of Labor Remittance Voucher No. 712383 | | | |
| **A24** | Department of Labor Remittance Voucher No. 730903 | | | |
| **A25** | Department of Labor Remittance Voucher No. 748947 | | | |
| **A26** | Department of Labor Remittance Voucher No. 189962 | | | |
| **A27** | Department of Labor Remittance Voucher No. 186260 | | | |
| **A28** | BCBS Small Group Business Proposal for Ability Pharmacy | | | |
| **A29** | BCBS Employee Enrollment Apps for Ability Pharmacy | | | |
| **A30** | BCBS Employer Enrollment Apps for Ability Pharmacy | | | |
| **A31** | DOL Ability, IFP, and Park Row Third Party Billers | | | |
| **A32** | Prime Therapeutics - ABILITY PHARMACY INC | | | |
| **A33** | Prime Therapeutics - PARK ROW PHARMACY | | | |
| **A34** | CVS Caremark Provider Manual - 2014 | | | |
| **A35** | CVS Caremark Amendment to Provider Manual - Nov-July 2014 | | | |
| **A36** | CVS Caremark Provider Manual - 2016 | | | |
| **A37** | Prime Therapeutics - Pharmacy Provider Manual - Q1 2015 | | | |
| **A38** | Prime Therapeutics - Pharmacy Provider Manual - Q3 2015 | | | |
| **A39** | Prime Therapeutics Provider Manual - 2015 | | | |
| **A40** | Optum Records | | | |
| | **Count 2 – M.M.** | | | |
| **B1** | Prescriptions for M.M. | | | |
| **B2** | Blue Cross Blue Shield Billing Data Excerpt for M.M. | | | |
| **B3** | Blue Cross Blue Shield Billing Data Excerpt for M.M. | | | |
| | **Count 3 – A.G.** | | | |
| **C1** | Prescriptions for A.G. | | | |
| **C2** | Blue Cross Blue Shield Billing Data Excerpt for A.G. | | | |
| **C3** | Blue Cross Blue Shield Billing Data Excerpt for A.G. | | | |
| | **Count 4 – R.M.** | | | |
| **D1** | Prescriptions for R.M. | | | |
| **D2** | Blue Cross Blue Shield Billing Data Excerpt for R.M. | | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| D3 | Blue Cross Blue Shield Billing Data Excerpt for R.M. | | | |
| **Count 5 – M.C.** | | | | |
| E1 | Prescriptions for M.C. | | | |
| E2 | Benson Patient File for M.C. | | | |
| E3 | Department of Labor Claims Data Excerpt for M.C. | | | |
| E4 | Department of Labor Claims Data Excerpt for M.C. | | | |
| **Count 6 – L.S.** | | | | |
| F1 | Prescriptions for L.S. | | | |
| F2 | Benson Patient File for L.S. (Lumbar) | | | |
| F3 | Benson Patient File for L.S. (Knee) | | | |
| F4 | Department of Labor Claims Data Excerpt for L.S. | | | |
| F5 | Department of Labor Claims Data Excerpt for L.S. | | | |
| **Count 7 – R.C.** | | | | |
| G1 | Prescriptions for R.C. | | | |
| G2 | Taba Patient File for R.C. | | | |
| G3 | Department of Labor Claims Data Excerpt for R.C. | | | |
| G4 | Department of Labor Claims Data Excerpt for R.C. | | | |
| **Count 8 – L.B.** | | | | |
| H1 | Prescriptions for L.B. | | | |
| H2 | Taba Patient File for L.B. | | | |
| H3 | Department of Labor Claims Data Excerpt for L.B. | | | |
| H4 | Department of Labor Claims Data Excerpt for L.B. | | | |
| **Count 9 – J.A.** | | | | |
| I1 | Prescriptions for J.A. | | | |
| I2 | Taba Patient File for J.A. | | | |
| I3 | Department of Labor Claims Data Excerpt for J.A. | | | |
| I4 | Department of Labor Claims Data Excerpt for J.A. | | | |
| **Business Records** | | | | |
| J1 | Blank Prescriptions for Kevin Williams (Site 1) | | | |
| J2 | Kevin Williams Promissory Notes | | | |
| J3 | Michael Taba Promissory Note | | | |
| J4 | Handwritten Notes Regarding Leslie Benson and Michael Taba Scar Gel | | | |
| J5 | Handwritten Notes Regarding Michael Taba and Jamshid Noryian Phone Numbers (Site 1) | | | |
| J6 | Notes Regarding Bandoola Expenses and Income (Site 4) | | | |
| J7 | Article Regarding North Texas Compounding Investigation (Site 1) | | | |
| J8 | Benson Patients Sent in on December 23, 2014 (Site 2) | | | |
| J9 | Email Regarding Benson Referrals April 1-Oct 16 (Site 4) | | | |
| J10 | Notes Regarding Patients James Brought In (Site2) | | | |
| J11 | Ability Blank Prescriptions (Site 4) | | | |
| J12 | Blank Prescriptions (Site 3) | | | |
| J13 | List of Benson Temple Patients (Site 2) | | | |
| J14 | Taba Surgery Schedule Referrals December 3, 2014 (Site 2) | | | |
| J15 | Report of Taba Claims June 6, 2014 (Site 1) | | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| J16 | Report of Benson Fort Worth Claims July 1- 31, 2014 (Site 5) | | | |
| J17 | Handwritten Notes Regarding Contacting Patients (Site 1) | | | |
| J18 | Medicare Fraud Training (Site 1) | | | |
| J19 | Doctor Report June 2015 (Site 5) | | | |
| J20 | Report of Kevin Williams Claims March 2015 (Site 2) | | | |
| J21 | Report of Michael Taba Claims February 2015 (Site 2) | | | |
| J22 | Judy Bachman Bandoola Bonus Letter (Site4) | | | |
| J23 | Records Regarding HJLM Holding, LLC v. Magnum Surgical Products, LLC | | | |
| J24 | Ability Blank Prescription Forms (Site 2) | | | |
| J25 | Blank Prescription Form (Site 1) | | | |
| J26 | Report of Michael Taba Claims May-June 2014 (Site 2) | | | |
| J27 | Kevin Williams Commission Report February 2015 (Site 2) | | | |
| J28 | Notes on Insurance (Site 5) | | | |
| J29 | Notes on Compound Medication Ingredients (Site 1) | | | |
| J30 | Notes on Calling on Refills (Site 1) | | | |
| J31 | Letter of Intent to Michael Taba Re Lease of 411 N General Bruce | | | |
| J32 | Script for Insurance Information (Site 5) | | | |
| J33 | Michael Taba Department of Labor Patient List (Site 4) | | | |
| J34 | Handwritten Notes Regarding Purpose of Each Pharmacy (Site 4) | | | |
| J35 | Handwritten Notes Regarding Patients of Michael Taba and Leslie Benson (Site 5) | | | |
| J36 | Notes Regarding Holding Companies and Properties (Site 5) | | | |
| J37 | Notes Regarding Revenue by Doctor (Site 5) | | | |
| J38 | Fax from Leslie Benson's Office Regarding Cream Scripts (Site 2) | | | |
| J39 | Handwritten Notes Regarding Jamshid Noryian by L.M. | | | |
| J40 | Letter to James Noryian from M.M. (Site 4) | | | |
| J41 | Letter to James Noryian from A.G. (Site 4) | | | |
| J42 | Letter to James Noryian from R.M. (Site 4) | | | |
| J43 | Fax from Dr. Taba's Office Regarding Patient Schedules (Site 5) | | | |
| J44 | Fax from Dr. Taba's Office Regarding Patient Schedules (Site 2) | | | |
| J45 | Prescription by Dr. M.H. for Deshid Nourian (Site 4) | | | |
| J46 | Envelope Addressed to Sherri Mofid (Site 2) | | | |
| J47 | List of Expenses (Site 5) | | | |
| J48 | Revenue by Doctor (Site 5) | | | |
| J49 | Checks to Suppliers (Site 2) | | | |
| J50 | Dr. Taba Prescriptions PART 1 of 3 | | | |
| J51 | Dr. Taba Prescriptions PART 2 of 3 | | | |
| J52 | Dr. Taba Prescriptions PART 3 of 3 | | | |
| J53 | Williams Prescriptions | | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| J54 | Benson Prescriptions | | | |
| J55 | Commission Report (Site 2) | | | |
| J56 | Commission Report (Site 5) | | | |
| J57 | Benson Blank Prescription | | | |
| J58 | Williams Signed Prescription | | | |
| J59 | Aguilar Prescriptions | | | |
| **Text Messages** | | | | |
| K1 | April 2016 Text Messages between Kimberly McCoy and Jamshid Noryian | | | |
| K2 | May 2016 Text Messages between Kimberly McCoy and Jamshid Noryian | | | |
| K3 | September 2015 Text Messages between Kimberly McCoy and Megan Marines | | | |
| K4 | January 2016 Text Messages between Kimberly McCoy and Hump Vangieson | | | |
| K5 | March 2016 Text Messages between Kevin Williams and Christopher Rydberg | | | |
| **Emails** | | | | |
| L1 | Email Regarding Shuttle to Cowboys Game | | | |
| L2 | Email Regarding New Clinic for Dr. Benson | | | |
| L3 | Email to Mike Benson Regarding Documents from Jamshid Noryian | | | |
| L4 | Email from Amoret Guadian to Melissa Driver Regarding Patient Complaint | | | |
| L5 | Email form Melissa Driver Regarding No More Refills on Patient | | | |
| L6 | Email form Amoret Guadian to Melissa Driver Regarding Patient Complaint- Frair | | | |
| L7 | Email from Melissa Driver Regarding Denied Patients | | | |
| L8 | Email from Amoret Guadian to Melissa Driver Regarding Updated List of Patients We Can't Fill | | | |
| L9 | Email from Mike Benson to Kimberly McCoy Regarding Script Pad | | | |
| L10 | Email from Christopher Rydberg Regarding Magnum Surgical Products | | | |
| L11 | Email form Melissa Driver to Amoret Guadian Regarding Decrease in Medications | | | |
| L12 | Email from Amoret Guadian to Melissa Driver Regarding Helping at Dr. Taba Practice | | | |
| L13 | Email from Amoret Guadian to Melissa Driver Regarding 3 Department of Labor Patients | | | |
| L14 | Email from Amoret Guadian to Melissa Driver Regarding Dr. Taba Patients on Multivitamin | | | |
| L15 | Email from Melissa Driver to Amoret Guadian Regarding Refill Scripts | | | |
| L16 | Email from Megan Marines to Melissa Driver Regarding Dr. Taba Surgery Patients | | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| L17 | Email from Amoret Guadian to Melissa Driver Regarding Patient R.S. | | | |
| L18 | Email from Melissa Driver to Amoret Guadian Regarding Patient J.T. | | | |
| L19 | Email from Melissa Driver to Amoret Guadian Regarding Patients – No Supplements | | | |
| L20 | Email from Michael Taba to Counsel | | | |
| L21 | Email from Kimberly McCoy to Laura Worth Regarding House Walkthrough | | | |
| | **Financial Records** | | | |
| M1 | Wells Fargo Account Ending in 6919 held in the name of Sherri Mofid | | | |
| M1-A | Signature Card for Wells Fargo Account Ending in 6919 | | | |
| M1-B | September 8, 2014 Check from Sherri Mofid to Michael Taba for $10,000 | | | |
| M1-C | August 14, 2014 Cashier's Check from Sherri Mofid to Michael Taba for $100,000 | | | |
| M1-D | September 8, 2014 Cashier's Check Sherri Mofid to Michael Taba for $90,000 | | | |
| M2 | Chase Account Ending in 5614 held in the name of Michael Taba | | | |
| M2-A | Deposit Slip for $100,000 to Chase Account Ending in 5614 | | | |
| M2-B | Deposit Slip for $90,000 to Chase Account Ending in 5614 | | | |
| M2-C | Deposit Slip for $10,000 to Chase Account Ending in 5614 | | | |
| M2-D | Deposit Slip for $150,000 to Chase Account Ending in 5614 | | | |
| M2-E | Deposit Slip for $70,000 to Chase Account Ending in 5614 | | | |
| M2-F | Deposit Slip for $136,600 to Chase Account Ending in 5614 | | | |
| M2-G | Deposit Slip for $258,000 to Chase Account Ending in 5614 | | | |
| M2-H | Withdrawal Slip for $750,000 from Chase Account Ending in 5614 | | | |
| M2-I | November 11, 2015 Check from Michael Taba to Sherri Mofid for $50,000 | | | |
| M3 | Chase Account Ending in 2338 held in the name of Michael Taba | | | |
| M3-A | Signature Card for Chase Account Ending in 2338 | | | |
| M4 | Wells Fargo Account Ending in 9217 Held in the Name of Christopher J. Rydberg | | | |
| M4-A | Signature Card for Wells Fargo Account Ending in 9217 | | | |
| M4-B | October 15, 2014 Cashier's Check from Christopher Rydberg to Michael Taba for $150,000 | | | |
| M4-C | July 8, 2015 Cashier's Check from Christopher Rydberg to Magnum Surgical Products (Kevin Williams) for $279,000 | | | |
| M5 | Wells Fargo Account 7909 Held in the Name of Restaurant & Associates, Inc. | | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| **M5-A** | Signature Card for Wells Fargo Account Ending in 7909 | | | |
| **M5-B** | November 17, 2014 Cashier's Check from Christopher Rydberg to Michael Taba for $70,000 | | | |
| **M6** | Wells Fargo Account Ending in 8897 Held in the Name of Bandoola Pharmaceutical, LLC | | | |
| **M6-A** | Signature Card for Wells Fargo Account Ending in 8897 | | | |
| **M6-B** | Withdrawal Slip for $136,630 from Wells Fargo Account Ending in 8897 | | | |
| **M6-C** | February 16, 2016 Check from Bandoola Pharmaceutical to Magnum Surgical Products (Kevin Williams) for $125,000 | | | |
| **M6-D** | Withdrawal Slip for $381,000 from Wells Fargo Account Ending in 8897 | | | |
| **M6-E** | Withdrawal Slip for $560,000 from Wells Fargo Account Ending in 8897 | | | |
| **M6-F** | September 21, 2015 Check from Bandoola Pharmaceutical to Magnum Surgical Products (Kevin Williams) for $219,000 | | | |
| **M6-G** | Withdrawal Slip for $309,010 from Wells Fargo Account Ending in 8897 | | | |
| **M6-H** | April 22, 2015 Check to Nicolas Aguilar for $10,000 | | | |
| **M6-I** | December 2, 2015 Check to Nicolas Aguilar for $10,000 | | | |
| **M7** | Chase Account Ending in 6653 Held in the Name of Dr. Leyla Nourian | | | |
| **M7-A** | Signature Card for Chase Account Ending in 6653 | | | |
| **M7-B** | Withdrawal Slip for $108,000 from Chase Account Ending in 6653 | | | |
| **M8** | Ennis State Bank Account Ending in 7903 Held in the Name of Kevin Williams | | | |
| **M8-A** | Signature Card for Ennis State Bank Account Ending in 7903 | | | |
| **M8-B** | Deposit Slip for $214,000 to Ennis State Bank Account Ending in 7903 | | | |
| **M8-C** | Deposit Slip for $219,000 to Ennis State Bank Account Ending in 7903 | | | |
| **M8-D** | Deposit Slip for $309,000 to Ennis State Bank Account Ending in 7903 | | | |
| **M9** | Wells Fargo Account Ending in 3119 Held in the Name of HJLM, LLC | | | |
| **M9-A** | February 2, 2016 Check from HJLM Holding LLC to Lee Diehl for $2,000 | | | |
| **M9-B** | December 29, 2015 Check from HJLM Holding LLC to David McDonald for "Draw on Taba Job" for $3,000 | | | |
| **M9-C** | January 26, 2016 Check from HJLM Holding LLC to David McDonald for "Taba Job" for $5,300 | | | |
| **M9-D** | December 17, 2015 Check from HJLM Holding LLC to Jimmy Eaves for "Draw on Taba Job" for $5,000 | | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| M10 | Wells Fargo Account Ending in 0302 held in the name of Industrial & Family Pharmacy | | | |
| M10-A | Signature Card for Wells Fargo Account Ending in 0302 | | | |
| M10-B | December 1-December 15, 2015 Statement for Wells Fargo Account Ending in 0302 | | | |
| M10-C | January 1-January 31, 2016 Statement for Wells Fargo Account Ending in 0302 | | | |
| M11 | JP Morgan Chase Account Ending in 9863 held in the name of Industrial & Family Pharmacy | | | |
| M11-A | Signature card for JP Morgan Chase Account Ending in 9863 | | | |
| M11-B | January 19-29, 2016 Statement for JP Morgan Chase Account Ending in 9863 | | | |
| M12 | JP Morgan Chase Account Ending in 3462 held in the name of Jade and Joy, LLC | | | |
| M12-A | Signature card for JP Morgan Chase Account Ending in 3462 | | | |
| M12-B | January 1-29, 2016 Statement for JP Morgan Chase Account Ending in 3462 | | | |
| M12-C | May 1-29, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | | |
| M12-D | September 1-30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | | |
| M12-E | October 30-November 30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | | |
| M12-F | May 30-June 30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | | |
| M12-G | July 1-31, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | | |
| M13 | Scottrade Investment Account Ending in 1793 held in the Name of Sherri Mofid | | | |
| M13-A | Signature card for Scottrade Account Ending in 1793 | | | |
| M13-B | January 1-January 31, 2016 Statement for Scottrade Account Ending in 1793 | | | |
| M14 | Prosperity Bank Account Ending in 9542 held in the name of Ability Pharmacy, Inc. | | | |
| M14-A | Signature card for Prosperity Bank Account Ending in 9542 | | | |
| M14-B | Excerpt from January 31, 2016 Statement for Prosperity Bank Account Ending in 9542 | | | |
| M14-C | Excerpt from October 31, 2015 Statement for Prosperity Bank Account Ending in 9542 | | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| **M14-D** | Excerpt from November 30, 2015 Statement for Prosperity Bank Account Ending in 9542 | | | |
| **M15** | JP Morgan Chase Bank Account Ending in 2280 held in the Name of Ability Pharmacy, Inc. | | | |
| **M15-A** | Signature card for JP Morgan Chase Bank Account Ending in 2280 | | | |
| **M15-B** | January 1-January 29, 2016 Statement for JP Morgan Chase Bank Account Ending in 2280 | | | |
| **M15-C** | May 1-May 29, 2015 Statement for JP Morgan Chase Bank Account Ending in 2280 | | | |
| **M15-D** | October 1-30, 2015 Statement for JP Morgan Chase Bank Account Ending in 2280 | | | |
| **M15-E** | October 31-November 30, 2015 Statement for JP Morgan Bank Account Ending in 2280 | | | |
| **M15-F** | September 1-30, 2015 Statement for JP Morgan Bank Account Ending in 2280 | | | |
| **M16** | Wells Fargo Bank Account Ending in 6032 held in the name of Dehshid Nourian | | | |
| **M16-A** | Signature card for Wells Fargo Account Ending in 6032 | | | |
| **M16-B** | January 1-31, 2016 Statement for Wells Fargo Account Ending in 6032 | | | |
| **M17** | Prosperity Bank Account Ending in 6341 held in the name of Ability Pharmacy, Inc. | | | |
| **M17-A** | Signature card for Prosperity Bank Account Ending in 6341 | | | |
| **M17-B** | Excerpt from April 30, 2015 Statement for Prosperity Bank Account Ending in 6341 | | | |
| **M17-C** | Excerpt from May 31, 2015 Statement for Prosperity Bank Account Ending in 6341 | | | |
| **M18** | Bank of America Account Ending in 5271 held in the name of Ability Pharmacy, Inc. | | | |
| **M18-A** | Signature card for Bank of America Account Ending in 5271 | | | |
| **M18-B** | October 1-31, 2015 Statement for Bank of America Account Ending in 5271 | | | |
| **M19** | Bancorp South Account Ending in 5371 held in the name of Bandoola Pharmacy | | | |
| **M19-A** | Signature card for Bancorp South Account Ending in 5371 | | | |
| **M19-B** | July 21, 2015 Statement for Bancorp South Account Ending in 5371 | | | |
| **M19-C** | September 30, 2015 Statement for Bancorp South Account Ending in 5371 | | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| **M19-D** | November 30, 2015 Statement for Bancorp South Account Ending in 5371 | | | |
| **M20** | JP Morgan Chase Account Ending in 7273 held in the name of Jade and Joy, LLC | | | |
| **M20-A** | Signature card for JP Morgan Chase Account Ending in 7273 | | | |
| **M20-B** | June 12-30, 2015 Statement for JP Morgan Chase Account Ending in 7273 | | | |
| **M20-C** | July 1-31, 2015 Statement for JP Morgan Chase Account Ending in 7273 | | | |
| **M21** | TD Ameritrade Account Ending in 8494 held in the name of Dehshid Nourian | | | |
| **M21-A** | Signature card for TD Ameritrade Account Ending in 8494 | | | |
| **M21-B** | January 2016 Statement for TD Ameritrade Account Ending in 8494 | | | |
| **M22** | JPMC account ending in 0481 held in the name of Sherri Mofid | | | |
| **M23** | BBVA Compass Acct 4076 - Park Row Pharmacy (C Rydberg) | | | |
| **M24** | JPMChase Acct 1940 - Nourian Dental (L Nourian) | | | |
| **M25** | JPMChase Acct 3691 - Ability Pharmacy (D Nourian and C Rydberg) | | | |
| **M26** | Wells Fargo Acct 2629 - Park Row (C Rydberg and A Khavarmanesh) | | | |
| **M27** | Wells Fargo Acct 3649 - Sherri Mofid | | | |
| **M28** | JPMChase Acct 9472 - Michael Taba | | | |
| **M29** | Scottrade Acct 1792 - Sherri Mofid | | | |
| **M30** | Scottrade Acct 7680 - Dehshid Nourian | | | |
| **M31** | TD Ameritrade Acct 3760 - Sherri Mofid | | | |
| **M32** | Churchill Mgmt - Records (S Mofid and D Nourian) | | | |
| **M32-A** | Churchill Mgmt CRM Notes | | | |
| **M33** | JPMChase Acct 4105 - Michael Taba | | | |
| | **Photographs** | | | |
| **N1** | Photo: Feds Investigate Fort Worth Based Firm (Site1) | | | |
| **N2** | Photo: Report of Michael Taba Claims November 2014 | | | |
| **N3** | Photo: Ability Pharmacy (Exterior) | | | |
| **N4** | Photo: Ability Pharmacy (Interior) | | | |
| **N5** | Photo: Industrial Pharmacy (Exterior) | | | |
| **N6** | Photo: Industrial Pharmacy (Interior) | | | |
| **N7** | Photo: Park Row Pharmacy (Exterior) | | | |
| **N8** | Photo: Park Row Pharmacy (Interior) | | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| N9 | Photo: Ability Pharmacy Rx Ending 057-00 (Blue Bottle) for L.S. | | | |
| N10 | Photo: Ability Pharmacy Rx Ending 436-00 (White Cap/Tan Bottle) for L.S. | | | |
| N11 | Photo: Ability Pharmacy (Bottles on Microwave) for L.S. | | | |
| N12 | Photo: Ability Pharmacy and Industrial & Family (Blue and Clear/White Bottles) for R.C. | | | |
| N13 | Photo: Louis Vuitton Handbag | | | |
| N14 | Photo: BMW | | | |
| N15 | Photos: Property | | | |
| **Secretary of State Records** | | | | |
| O1 | Ability Secretary of State Filings | | | |
| O2 | Industrial and Family Secretary of State Filings | | | |
| O3 | Park Row Pharmacy Secretary of State Filings | | | |
| O4 | Bandoola Secretary of State Filings | | | |
| O5 | HJLM Holding LLC Secretary of State Filings | | | |
| O6 | Queen Shiva LLC Secretary of State Filings | | | |
| O7 | Ace Queen LLC Secretary of State Filings | | | |
| O8 | Ace King LLC Secretary of State Filings | | | |
| O9 | Michael Taba M.D. Secretary of State Filings | | | |
| O10 | Magnum Surgical Products LLC Secretary of State Filings | | | |
| O11 | Jade and Joy LLC Secretary of State Filings | | | |
| O12 | Benson Injury Clinic P.A. Secretary of State Filings | | | |
| **Tax Records** | | | | |
| P1 | Ability Pharmacy 2015 Form 1120S | | | |
| P2 | Ability 2015 Transcript of Account | | | |
| P3 | Industrial & Family Pharmacy 2015 Form 1120S | | | |
| P4 | Industrial & Family 2015 Transcript of Account | | | |
| P5 | Industrial & Family Pharmacy 2016 Form 1120S Lack of Records | | | |
| P6 | Park Row Pharmacy 2015 Form 1120S | | | |
| P7 | Park Row 2015 Transcript of Account | | | |
| P8 | Dehshid Nourian 2015 Form 1040 | | | |
| P9 | Dehshid Nourian 2015 Transcript of Account | | | |
| P10 | Dehshid Nourian 2016 Form 1040 | | | |
| P11 | Dehshid Nourian 2016 Transcript of Account | | | |
| P12 | Ali Khavaramanesh 2015 Form 1040 | | | |
| P13 | Ali Khavaramanesh 2015 Transcript of Account | | | |
| P14 | Robert Ritter 2015 Form 1040 | | | |
| P15 | Robert Ritter 2015 Transcript of Account | | | |
| P16 | Julie Ritter 2015 Form 1040 | | | |
| P17 | Julie Ritter 2015 Transcript of Account | | | |
| P18 | Bandoola 2015 Form 1065 | | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| P19 | Bandoola 2015 Transcript of Account | | | |
| P20 | Bandoola 2016 Form 1065 | | | |
| P21 | Bandoola 2016 Transcript of Account | | | |
| P22 | HJLM 2015 Form 1065 | | | |
| P23 | HJLM 2015 Transcript of Account | | | |
| P24 | HJLM 2016 Form 1065 | | | |
| P25 | HJLM 2016 Transcript of Account | | | |
| P26 | Jade and Joy 2015 Form 1065 | | | |
| P27 | Jade and Joy 2015 Transcript of Account | | | |
| P28 | Jade and Joy 2016 Form 1065 | | | |
| P29 | Jade and Joy 2016 Transcript of Account | | | |
| P30 | Christopher Rydberg 2015 Form 1040 | | | |
| P31 | Christopher Rydberg 2015 Transcript of Account | | | |
| P32 | Jamshid Noryian Form 1040 for 2015 & Transcript of Account Lack of Records | | | |
| P33 | Ability 2016 Form 1120S | | | |
| P34 | Ability 2016 Transcript of Account | | | |
| P35 | Park Row 2016 Form 1120S | | | |
| P36 | Park Row 2016 Transcript of Account | | | |
| P37 | Dehshid & A Pirnajmeddin Nourian 2015 Form 4549 | | | |
| P38 | Ali & Mastaneh Sarra Khavaramanesh 2015 Form 4549 | | | |
| P39 | Robert Ritter 2015 Form 4549 | | | |
| P40 | Julie Ritter 2015 Form 4549 | | | |
| P41 | 2015 General Ledger for Industrial & Family Pharmacy | | | |
| P42 | 2016 General Ledger for Industrial & Family Pharmacy | | | |
| P43 | 2015 General Ledger for Park Row Pharmacy | | | |
| P44 | 2016 General Ledger for Park Row Pharmacy | | | |
| P45 | Park Row 2015 BBVA Compass and Wells Fargo bank records 2015 | | | |
| P46 | 2015 Industrial & Family Pharmacy – Signature Form – Form 8879-S | | | |
| P47 | 2016 Industrial & Family Pharmacy – Signature Form – Form 8879-S | | | |
| P48 | 2015 Park Row Pharmacy – Signature Form – Form 8879-S | | | |
| P49 | 2016 Park Row Pharmacy – Signature Form – Form 8879-S | | | |
| P50 | 2015 General Ledger for Ability Pharmacy | | | |
| P51 | Transaction Logs for 8 Cashier's Checks from Bank of America Account Ending in 5271 | | | |
| P52 | Dehshid Nourian Form 1040 2015 | | | |
| P53 | Dehshid Nourian Form 1040 2016 | | | |
| P54 | 2015 Dehshid Nourian – Signature Page – Form 8879 | | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| P55 | 2016 Dehshid Nourian – Signature Page – Form 8879 | | | |
| P56 | Chase 2015_Expenses | | | |
| | **Recordings** | | | |
| Q1 | Recorded Conversation – James Noryian and Jared Haggard 10.05.15 | | | |
| Q1-A | Transcript of Recoded Call – J. Noryian and J. Haggard 10.05.15 | | | |
| Q1-B | Subtitled Recording – D. Nourian and J. Byrum 01.26.16 | | | |
| Q2 | Recorded Conversation – Deshid Nourian and Jeff Byrum 01.26.16 | | | |
| Q2-A | Transcript of Recoded Call – D. Nourian and J. Byrum 01.26.16 | | | |
| Q2-B | Subtitled Recording – J. Noryian and J. Haggard 10.05.15 | | | |
| Q3 | Recorded Conversation – James Noryian and Rey Moreno 06.28.16 | | | |
| Q3-A | Transcript of Recorded Call – J. Noryian and R. Moreno 06.28.16 | | | |
| Q3-B | Subtitled Recording – J. Noryian and R. Moreno 06.25.16 | | | |
| | **Mail Records** | | | |
| R1 | Mailbox Service Agreement Signed by Leyla Nourian | | | |
| | **Summary Charts** | | | |
| S1 | DOL Claims Data Combined | | | |
| S1A | DOL Totals – Ability Pharmacy | | | |
| S1B | DOL Prescriptions Over Time – Ability Pharmacy | | | |
| S1C | DOL Totals – Industrial & Family Pharmacy | | | |
| S1D | DOL Prescriptions Over Time – Industrial & Family | | | |
| S1E | DOL Totals – Park Row Pharmacy | | | |
| S1F | DOL Prescriptions Over Time – Park Row Pharmacy | | | |
| S1G | DOL Claims Submitted Through Third-Party Billers | | | |
| S1H | DOL Total Billed for Every Pharmacy | | | |
| S1I | DOL Total Paid to Every Pharmacy | | | |
| S2 | Money Laundering Combined | | | |
| S2A | Count 11 Wire Transfer | | | |
| S2B | Count 11 Cashier's Checks | | | |
| S2C | Count 12 Online Transfer | | | |
| S2D | Count 12 Wire Transfer | | | |
| S2E | Counts 11–13 Transfer | | | |
| S2F | Count 14 Wire Transfer | | | |
| S2G | Count 14 Cashier's Checks | | | |
| S2H | Count 15 Online Transfer | | | |
| S2I | Count 16 Wire Transfer | | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| **S2J** | Cashier's Checks | | | |
| **S2K** | Counts 14–16 Transfer | | | |
| **S2L** | Direct Payments to Michael Taba | | | |
| **S2M** | Indirect Payments to Michael Taba | | | |
| **S2N** | Assets Purchased | | | |
| **S2O** | Payments to Kevin Williams | | | |
| **S3** | BCBS Claims Data Summary - Ability Pharmacy - All Claims | | | |
| **S4** | BCBS Claims Data Summary - Ability Pharmacy - Employee Benes | | | |
| **S5** | Reported vs Actual Expenses | | | |
| **S6** | Cashier's Check 7 Example | | | |
| **S7** | Cashier's Check 76 Example | | | |
| **S8** | Cashier's Check 137 138 Example | | | |
| **S9** | Cashier's Check 183 184 185 Example | | | |
| **S10** | Cashier's Check 205 Example | | | |
| **S11** | Cashier's Checks Purchased and Expensed | | | |
| **Physical Exhibits** | | | | |
| **T1** | Prescription Pain Cream Medication Tube | | | |
| **T2** | Prescription Vitamins Bottles | | | |
| **T3** | Louis Vuitton Handbag | | | |

(continued on the next page)

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

GLEN S. LEON
CHIEF, FRAUD SECTION

*_/s/ Ethan Womble_*
ETHAN WOMBLE
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
Texas Bar No. 24102757
(202) 674-5653
ethan.womble@usdoj.gov

CARLOS A. LÓPEZ
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
New York Bar No. 4256244
(202) 875-9038
carlos.lopez@usdoj.gov

KELLY LYONS
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
New York Bar No. 5429113
(202) 923-6451
kelly.m.lyons@usdoj.gov