UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:17-CR-00155-L (2) |
| | § | |
| JAMSHID NORYIAN, et al. | § | |

## DEFENDANT DAVID NOURIAN'S TRIAL WITNESS LIST

Pursuant to the Court's Amended Criminal Trial Scheduling Order (Dkt. 540), Defendant Deshid "David" Nourian ("Nourian") identifies the following witness that may be presented at trial by live testimony. In addition to the witness listed herein, Defendant Nourian reserves the right to call witnesses designated by the Government or other defendants on their witness lists. Defendant Nourian reserves the right to supplement or amend his witness list and the right to call rebuttal witnesses, if necessary, subject to rulings of the Court.

**Potential Witnesses:**

1. Robert Ritter (possible)

Dated: August 14, 2023

Respectfully submitted,

*/s/ Scott C. Thomas*
Thomas M. Melsheimer
Texas Bar No. 13922550
tmelsheimer@winston.com
Scott C. Thomas
Texas Bar No. 24046964
scthomas@winston.com
Dion J. Robbins
Texas Bar No. 24114011
drobbins@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900

Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

*Counsel for Defendant David Nourian*

# CERTIFICATE OF SERVICE

I certify that on August 14, 2023, I served upon all counsel of record a true and correct copy of this motion by filing it with the Court's CM/ECF system.

                                            */s/ Scott C. Thomas*
                                            Scott C. Thomas