# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:17-CR-00155-L (2) |
| | § | |
| JAMSHID NORYIAN, et al. | § | |

## DEFENDANT DAVID NOURIAN'S TRIAL EXHIBIT LIST

Pursuant to the Court's Amended Criminal Trial Scheduling Order (Dkt. 540), Defendant Deshid "David" Nourian ("Nourian") files his Trial Exhibit List (attached hereto as Exhibit A). In addition, Defendant Nourian adopts all Government and co-defendant exhibit lists filed in this case, subject to and without waiving any challenges to admissibility. Defendant Nourian reserves the right to supplement or amend this exhibit list, subject to rulings of the Court or submissions of the parties.

Dated: August 14, 2023

Respectfully submitted,

/s/ Scott C. Thomas
Thomas M. Melsheimer
Texas Bar No. 13922550
tmelsheimer@winston.com
Scott C. Thomas
Texas Bar No. 24046964
scthomas@winston.com
Dion J. Robbins
Texas Bar No. 24114011
drobbins@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

*Counsel for Defendant David Nourian*

## CERTIFICATE OF SERVICE

I certify that on August 14, 2023, I served upon all counsel of record a true and correct copy of this motion by filing it with the Court's CM/ECF system.

*/s/ Scott C. Thomas*
Scott C. Thomas

# EXHIBIT A

*U.S. v. Jamshid Noryian, et al. - 3:17-cr-00155-L (2)*

**DEFENDANT DAVID NOURIAN'S TRIAL EXHIBIT LIST**

| Exhibit Number | Date | Evidence Description | Bates Range or Document Reference | Admitted | Objection |
|---|---|---|---|---|---|
| 001 | 05/27/2015 | Chase Wire Transfer Outgoing Request ($3.5M) | N/A | | |
| 002 | 05/27/2015 | Chase Wire Transfer Outgoing Request ($5.266M) | N/A | | |
| 003 | 01/20/2016 | Email from J. Byrum to D. Nourian | N/A | | |
| 004 | 01/08/2016 | Handwritten Note from R. Ritter to C. Rydberg | N/A | | |
| 005 | 07/20/2010 | Commercial Lease between Ability and Ace King | N/A | | |
| 006 | 01/13/2011 | Commercial Lease between Ability and Ace King | N/A | | |
| 007 | 12/9/2019 | Certified Filing with Secretary of State for Ace King | N/A | | |
| 008 | 03/10/2006 | 558 Hemphill Street Warranty Deed | N/A | | |
| 009 | 03/28/2016 | Handwritten Note from R. Ritter to D. Nourian | N/A | | |

**DEFENDANT DAVID NOURIAN'S TRIAL EXHIBIT LIST**

| Exhibit Number | Date | Evidence Description | Bates Range or Document Reference | Admitted | Objection |
|---|---|---|---|---|---|
| 010 | 06/11/2007 | 428 Lipscomb Warranty Deed | N/A | | |
| 011 | 03/10/2006 | 709 Pennsylvania Street Warranty Deed | N/A | | |
| 012 | 05/09/2014 | 1401 Independence Parkway Warranty Deed | N/A | | |
| 013 | 03/06/2015 | 3906 W Wisdom Road Warranty Deed | N/A | | |
| 014 | | RESERVED | | | |
| 015 | | RESERVED | | | |
| 016 | | RESERVED | | | |
| 017 | | RESERVED | | | |
| 018 | | RESERVED | | | |
| 019 | | RESERVED | | | |

**DEFENDANT DAVID NOURIAN'S TRIAL EXHIBIT LIST**

| Exhibit Number | Date | Evidence Description | Bates Range or Document Reference | Admitted | Objection |
|---|---|---|---|---|---|
| | | | | | |
| 020 | | RESERVED | | | |
| 021 | | RESERVED | | | |
| 022 | | RESERVED | | | |
| 023 | | RESERVED | | | |
| 024 | | RESERVED | | | |
| 025 | | RESERVED | | | |