IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMSHID NORYIAN (01)<br>  a.k.a. JAMES NORYIAN<br>DEHSHID NOURIAN (02)<br>  a.k.a. DAVID NOURIAN<br>CHRISTOPHER RYDBERG (03)<br>MICHAEL TABA (07) | CRIMINAL NO. 3:17-cr-155-L |

**THE UNITED STATES OF AMERICA'S OBJECTIONS TO DEFENDANT
DEHSHID NOURIAN'S WITNESSES AND EXHIBITS**

The United States of America files the following objections to Defendant Dehshid Nourian's Witnesses and Exhibits. (*See* Dkts. 567, 573.)

**I.   OBJECTIONS TO WITNESSES**

The government has no objections to Defendant Dehshid Nourian's Witness List at this time but reserves the right to object based on testimony adduced at trial. (*See* Dkt. 567.)

**II.   OBJECTIONS TO EXHIBITS**

Defendant Dehshid Nourian filed an Exhibit List adopting all government and co-defendant exhibit lists filed in this case. (*See* Dkt. 573.) In addition to the below, the government incorporates by reference its objections to the other Defendant exhibits in this case and reserves the right to object to any new exhibits offered by Defendant Dehshid Nourian at trial.

**The United States of America's Objections to Defendant Dehshid Nourian's Witnesses and Exhibits | Page 1**

| Defense Exhibit No. | Bases for Objections |
|---|---|
| 1–2 (Bank Documents) | **FRE 802, 901** |
| 3–4 (Email Communication and Handwritten Note) | **FRE 402, 403, 602, 802, 901** |
| 5–6 (Lease Documents) | **FRE 802, 901** |
| 8 (Property Documents) | **FRE 402, 403, 802, 901** |
| 9 (Handwritten Note) | **FRE 602, 802, 901** |
| 10–13 (Property Documents) | **FRE 402, 403, 802, 901** |

### III.   CONCLUSION

For the foregoing reasons, the government objects to the above-referenced witnesses and exhibits for Defendant Dehshid Nourian.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION

*/s/ Ethan Womble*
ETHAN WOMBLE
EDWARD E. EMOKPAE
ALEXANDER T. POGOZELSKI
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1100 Commerce Street, 3rd Floor
Dallas, TX 75242
Phone: (214) 258-0468
ethan.womble@usdoj.gov