UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No: 3:17-CR-00155-L (2) |
| JAMSHID NORYIAN, et al. | § § | |

## DEFENDANT DAVID NOURIAN'S RESPONSES TO CHRISTOPHER RYDBERG'S EXHIBIT LIST OBJECTIONS

Defendant Deshid "David" Nourian ("Nourian"), by and through his undersigned counsel, files the following responses to Christopher Rydberg's Objections to Mr. Nourian's Exhibit List (Dkt. 592). Mr. Nourian respectfully requests that the Court overrule each objection for the reasons outlined below:

| Ex. No. | Title/Description | Objection | Response |
|---|---|---|---|
| 1 - | Chase Wire Transfer Outgoing Request ($3.5M) | Rules 802, 901 | Applicable hearsay exception – record of regularly conducted activity; testimony or evidence will be adduced at trial to authenticate exhibit |
| 2 - | Chase Wire Transfer Outgoing Request ($5.266M) | Rules 802, 901 | Applicable hearsay exception – record of regularly conducted activity; testimony or evidence will be adduced at trial to authenticate exhibit |

Mr. Nourian reserves the right to amend or supplement the above responses, subject to rulings of the Court or submissions of the parties.

\*\*\*

Dated: August 28, 2023                                    Respectfully submitted,

                                                                       */s/ Scott C. Thomas*
Thomas M. Melsheimer
Texas Bar No. 13922550
tmelsheimer@winston.com
Scott C. Thomas
Texas Bar No. 24046964
scthomas@winston.com
Dion J. Robbins
Texas Bar No. 24114011
drobbins@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

***Counsel for Defendant David Nourian***

## CERTIFICATE OF SERVICE

I certify that on August 28, 2023, I served upon all counsel of record a true and correct copy of this motion by filing it with the Court's CM/ECF system.

                                                                       */s/ Scott C. Thomas*
Scott C. Thomas