UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:17-CR-00155-L (2) |
| | § | |
| JAMSHID NORYIAN, et al. | § | |

## DEFENDANT DAVID NOURIAN'S RESPONSES TO THE GOVERNMENT'S EXHIBIT OBJECTIONS

Defendant Deshid "David" Nourian ("Nourian"), by and through his undersigned counsel, files the below responses to the Government's Objections to Mr. Nourian's Witnesses and Exhibits (Dkt. 601). Mr. Nourian respectfully requests that the Court overrule each objection for the reasons outlined below.

| **Ex. Nos.** | **Objection** | **Response** |
|---|---|---|
| 1–2 (Bank Documents) | FRE 802, 901 | Objections withdrawn per meet and confer |
| 3–4 (Email Communication and Handwritten Note) | FRE 402, 403, 602, 802, 901 | Relevant to substantive indictment counts; probable Government witness has personal knowledge; applicable hearsay exception – then-existing state of mind; testimony or evidence will be adduced at trial to authenticate exhibits |
| 5–6 (Lease Documents) | FRE 802, 901 | Non hearsay - not offered for truth of the matter asserted; testimony or evidence will be adduced at trial to authenticate exhibits |
| 8 (Property Documents) | FRE 402, 403, 802, 901 | Relevant to substantive indictment counts; applicable hearsay exception – pubic record; self-authenticating document |
| 9 (Handwritten Note) | FRE 602, 802, 901 | Possible defense witness has personal knowledge; applicable hearsay exception – then-existing state of mind; testimony or evidence will be adduced at trial to authenticate exhibits |
| 10–13 (Property Documents) | FRE 402, 403, 802, 901 | Relevant to substantive indictment counts; applicable hearsay exception – |

| | | pubic record; self-authenticating documents |
|---|---|---|

Mr. Nourian reserves the right to amend or supplement the above responses, subject to rulings of the Court or submissions of the parties.

Dated: August 28, 2023                                          Respectfully submitted,


                                                                */s/ Scott C. Thomas*
                                                                Thomas M. Melsheimer
                                                                Texas Bar No. 13922550
                                                                tmelsheimer@winston.com
                                                                Scott C. Thomas
                                                                Texas Bar No. 24046964
                                                                scthomas@winston.com
                                                                Dion J. Robbins
                                                                Texas Bar No. 24114011
                                                                drobbins@winston.com
                                                                **WINSTON & STRAWN LLP**
                                                                2121 N. Pearl Street, Suite 900
                                                                Dallas, TX 75201
                                                                (214) 453-6500
                                                                (214) 453-6400 (fax)

                                                                ***Counsel for Defendant David Nourian***

## CERTIFICATE OF CONFERENCE

A telephone conference was held on August 24, 2023, between Mr. Nourian's counsel and the Government on the merits of the Government's objections. A reasonable effort has been made to resolve the objections, but the parties were unable to resolve each one. Therefore, the above objections are presented to the Court for determination.

*/s/ Scott C. Thomas*
Scott C. Thomas

## CERTIFICATE OF SERVICE

I certify that on August 28, 2023, I served upon all counsel of record a true and correct copy of this motion by filing it with the Court's CM/ECF system.

*/s/ Scott C. Thomas*
Scott C. Thomas