# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

UNITED STATES OF AMERICA

V.

JAMSHID NORYIANY, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 3:17-CR-0155-L

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sam A. Lindsay | Womble, Pogozelski, Emokpae | Kearney, Melsheimer, Wirmani, Wells |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Sept 11 - November 16, 2024 | Charyse Crawford and Shawnie Archuleta | Tannica Stewart |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES Page 1 of 2 Pages |
|---|---|---|---|---|---|
| | | 9/19/2023 | 9/20/2023 | 9/21/2023 | 9/22/23 | 9/26/23 | 9/27/23 | 9/28/23 | 9/29/23 |

| 9/19/2023 | 9/20/2023 | 9/21/2023 | 9/22/23 | 9/26/23 | 9/27/23 | 9/28/23 | 9/29/23 | |
|---|---|---|---|---|---|---|---|---|
| Govt Exhs 201, 205, 212, 214, 215, 217, 239 | Govt Exhs 412, 418 (cond), 425, 429, 422, 421 (cond), 207, 209, 210, 1037 (demo), 1001 (cond), 1002 | Govt Exhs 203, 204, 227, 202, 208, 414, 415(pgs 20, 909, 907, 908), 501, 508, 527, 534, 552, 557, 593, 610, 418, 421, 1001

Exhs 1034 and 1035 withdrawn | Govt. Exhs 914, 915, 916, 932, 934, 577 (pg. 1157) | Govt Exhs 213, 216, 1003-1008, 506, 509, 511-513, 523-526, 528-533, 536-546, 553-556, 559-561, 563, 564, 566-572, 574-576, 584, 587, 588, 590-592, 594, 595, 597-600, 602-605, 607-609, 615, 905, 812, 306, 401, 404, 407, 803, 802, 226, 420, 424, 428, 411, 416 | Govt Exhs 811, 835, 836, 801, 815, 820, 825, 828, 838, 829, 837, 866, 870, 823 (pgs 188, 94, 96, 97, 410, 419, 423, 427, 307-310), 801, 868

Dft Taba-127 (pgs 3-6) | Govt Exhs 802 (entirety); 831-834

Dft J. Noryian 300, 301, 306 | Govt Exhs 631, 650, 653, 683, 577 (pgs 1839 and 1840) | |

# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **TEXAS - DALLAS DIVISION**

UNITED STATES OF AMERICA

V.

JAMSHID NORYIAN, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 3:17-CR-0155-L

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sam A. Lindsay | Womble, Pogozelski, Emokpae | Kearney, Melsheimer, Wirmani, Wells |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| Sept. 11 - Nov. 16, 2024 | Charyse Crawford and Shawnie Archuleta | Tannica Stewart |

Page 2 of 2 Pages

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  | 10/6/23 | 10/11/23 | 10/12/23 | 11/3/23 | 11/6/23 | 11/7/23 | 11/8/23 |  |
|  |  | Govt Exh - 638 | Govt Exhs - 726, 917, 918, 919, 596 (pgs 3, 4, 1776, 1811, 59, 1780, 1806, 1807, 1808, 1809, 1810, 1811, 1812 | Govt Exhs- 1011, 1016, 1019, 1021-1023; 507(pgs 1-294, 3736-3738, 3754-3787); 510(pgs 1-46, 79-82, 1007, 1008); 577(pgs 1-8, 75-934, 967-1973); 596(pgs 1-2, 17-29, 54-58, 60-255, 1781-1796); 614(pgs 1-479); 927(pgs 485-487, 511-514, 520, 647-661, 663-863); 928(pgs 6-30, 32-131, 290-295, 301-331, 377-408, 411-440); 929(pgs 9-12, 145-296); 930(pgs 1-32, 34-57) | D. Nourian-Exhs 14 and 15 (Demo only) | Govt Exhs 1033, 649, 1027 (pgs 1, 2, 3) | Govt Exhs 301, 302, 303 | Govt. 1201 (demo only) |  |
|  |  | Dft J. Noryian Exh- 340 | Dft J. Noryian Exh-340; Dft Taba Exh-127(pg 7) Dft Rydberg Exhs-467, 47 |  |  |  |  |  |  |