IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §   Case No. 3:17-CR-155-L |
| | § |
| | § |
| DEHSHID NOURIAN (02) | § |
| CHRISTOPHER RYDBERG (03) | § |
| MICHAEL TABA (07) | § |

**DEFENDANTS DAVID NOURIAN'S, CHRISTOPHER RYDBERG'S, AND MICHAEL TABA'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS FOR <u>NEW TRIAL UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 33</u>**

Defendants David Nourian, Christopher Rydberg, and Michael Taba move to extend the deadline to file motions for new trial, if any, under Federal Rule of Criminal Procedure 33 to 21 days after receiving the complete trial transcript of this case. The government is unopposed to this request for relief.

The jury returned its verdict in this case on November 16, 2023. (Dkt. 721.) Under Federal Rule of Criminal Procedure 33(b)(2), motions for new trial are currently due 14 days after the jury returned its verdict, or November 30, 2023. Defendants request that the Court extend that deadline until 21 days after the parties receive the full trial transcript as it did for motions under Rule 29. The Defendants also request that the Court enter the same briefing schedule as it did for motions under Rule 29, that is, government response briefs are due 21 days after the defendants file their motions and defendants' reply briefs are due 14 days after the government files its responses. (*See* Dkt. 733.)

Good cause exists for the requested extension under Rule 45(b). First, the reasons that supported the Court's decision to extend the deadline for motions under Rule 29—the length and complexity of the trial—apply equally to motions under Rule 33. Second, defense counsel cannot properly raise potential trial error without a complete transcript. For instance, the transcript is not

**Defendants' Motion to Extend Deadline to File - 1**

yet complete for the charge conference or closing arguments, two phases of the trial that are often at issue in motions for new trial. Finally, putting Rule 33 motions on the same track as Rule 29 motions will allow the Court to hold one, consolidated hearing on post-trial motions, if necessary.

## CONCLUSION

For the foregoing reasons, the Defendants ask the Court to extend the deadline to file motions for new trial under Rule 33 until 21 days after the parties receive a complete trial transcript and to set a briefing schedule that mirrors the schedule in its order on Rule 29 motions. (*See* Dkt. 733.)

Respectfully submitted,

/s/ *Andrew O. Wirmani*
Andrew O. Wirmani
Texas Bar No. 24052287
andrew.wirmani@rm-firm.com
Joshua M. Russ
Texas Bar No. 24074990
josh.russ@rm-firm.com
Margaret D. Terwey
Texas Bar No. 24087454
margaret.terwey@rm-firm.com
REESE MARKETOS LLP
750 N. Saint Paul St.,
Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

ATTORNEYS FOR CHRISTOPHER RYDBERG

/s/ Scott C. Thomas
Thomas M. Melsheimer
Texas Bar No. 13922550
tmelsheimer@winston.com
Scott C. Thomas
Texas Bar No. 24046964
scthomas@winston.com
Dion Robbins
Texas Bar No. 24114011
drobbins@winston.com
WINSTON & STRAWN LLP

**Defendants' Motion to Extend Deadline to File - 2**

        2121 N. Pearl Street, Suite 900
        Dallas, TX 75201
        (214) 453-6500
        (214) 453-6400 (fax)
        Attorneys for Dehshid Nourian

        */s/ Brady T. Wyatt, III*
        Brady T. Wyatt , III
        Texas Bar No. 24008313
        Law Office of Brady Wyatt
        3300 Oak Lawn, Suite 600
        Dallas, TX 75219
        214-559-9115
        Fax: 214-528-6601
        Email: attywyatt@hotmail.com

        Attorney for Michael Taba

**Defendants' Motion to Extend Deadline to File - 3**

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 27, 2023 I conferred with counsel for the government, Ethan Womble, who indicated that the government was unopposed to this Motion.

/s/ *Andrew O. Wirmani*
Andrew O. Wirmani

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served by electronic transmittal by CM/ECF to opposing counsel on November 27, 2023.

/s/ *Andrew O. Wirmani*
Andrew O. Wirmani