IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal Case **3:17-CR-155-L** |
| | § | |
| **DEHSHID NOURIAN (02)** | § | |
| **CHRISTOPHER RYDBERG (03)** | § | |
| **MICHAEL TABA (07)** | § | |

## ORDER

Before the court is Defendants David Nourian's, Christopher Rydberg's, and Michael Taba's Unopposed Motion to Extend the Deadline to File Motions for New Trial Under Federal Rule of Criminal Procedure 33 ("Motion") (Doc. 734), filed November 27, 2023. The court **grants** the Motion, and **modifies** the briefing schedule for posttrial motions:

Defendants shall file, within 21 days of receiving the complete trial transcript, **one** brief per Defendant setting forth all arguments—under Federal Rules of Criminal Procedure 29 and 33—the court should consider in granting their posttrial motions. The Government shall file its Response within 21 days of Defendants filing their briefs. Defendants may file a Reply within 14 days of the Government's Response. In addition, the court **extends** the page limit set by the Northern District of Texas's Local Rules. The parties' briefs shall not exceed 40 pages (excluding the table of contents and list of authorities) and reply briefs shall not exceed 15 pages. Once the briefing is complete, the court may set a hearing for oral argument in a separate order if it determines that a hearing is necessary.

Each Defendant must set forth specific facts and the applicable law as to: (1) why the interest of justice requires granting a new trial; and (2) why the Government has failed to prove an essential element of each charged offense by proof beyond a reasonable doubt. The Government

must set forth the applicable facts and law to establish that: (1) a new trial is not warranted; and (2) it has proved each essential element of a charged offense by proof beyond a reasonable doubt. Factual citations must include the volume and page number of the trial transcript. Both the Government and all Defendants must cite to Supreme Court or Fifth Circuit authority that supports their respective positions on the law.

**It is so ordered** this 29th day of November, 2023.

Sam A. Lindsay
United States District Judge