IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:17-cr-155-L |
| DEHSHID NOURIAN (02)<br>  a.k.a. DAVID NOURIAN | |

## ORDER MODIFYING DEFENDANT DEHSHID NOURIAN'S CONDITIONS OF RELEASE

**It is ordered** that Defendant Dehshid Nourian's release pending sentencing is subject to the following conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the Court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and must surrender as directed to serve a sentence that the Court may impose.

(5) The defendant must appear as directed by the Court or U.S. Probation Officer.

(6) The defendant must sign an unsecured Appearance Bond of $1,000,000.

(7) The defendant must submit to supervision by and report for supervision to the United States Probation Officer as directed but not later than the first business day following this Order.

(8) The defendant must continue or actively seek employment.

(9) The defendant must surrender any passport and/or any passport card to the United States Probation Office.

(10) The defendant must not obtain or attempt to obtain a passport or other

international travel document.

(11) The defendant must abide by the following restrictions on personal association, residence, or travel:  Travel restricted to the Eastern and Northern Districts of Texas unless permission received from the U.S. Probation Officer and the Court.

(12) The defendant must avoid all contact about the facts of this case, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including co-defendants.

(13) The defendant must not possess a firearm, destructive device, or other weapon.

(14) The defendant must not use alcohol excessively.

(15) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(16) The defendant must participate in the following location restriction programs and comply with its requirements as directed:  Home Detention. You are restricted to your residence at all times except for employment; picking up or dropping off a minor dependent from school; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

(17) The defendant must submit to location monitoring by radio frequency and comply with all of the program requirements and instructions provided by the pretrial services office or supervising officer.

(18) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

(19) The defendant must report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(20) The defendant must not participate in any capacity in any criminal activity, associate with any person engaged in any criminal activity, or enter into, or perform under, any agreement to act as an informer for, or any special agent of, any governmental agency without permission of the Court.

(21) The defendant shall notify current employer of conviction.

(22) The defendant shall not work in any capacity in the health care field.

(23) The defendant shall not open a new line of credit, take on any new debt, or dispose of or sell assets without permission from the pretrial services office or supervising officer.

**Signed** this 30th day of November, 2023.

_____
Sam A. Lindsay
United States District Judge