IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:17-CR-155-L |
| | § | |
| DEHSHID NOURIAN (02) | § | |

## **ORDER**

      Before the court is Defendant Dehshid Nourian's Unopposed Motion to Continue Presentence Deadlines ("Motion") (Doc. 760), filed March 6, 2024. After consideration, the court determines that the Motion should be and is hereby **granted**. Accordingly, Defendant Nourian is permitted to make objections to the Presentence Report by **5:00 p.m., March 22, 2024**. The deadline for the probation officer to disclose any revisions or addendum to the Presentence Report is revised to **5:00 p.m**., **March 29, 2024.** Written objections to these revisions or addendum must be delivered to the court and the probation officer by **5:00 p.m., April 5, 2024**. The sentencing hearing will be held **Monday, April 22, 2024, at 9:00 a.m.**, as previously ordered. All other portions of the court's original Sentencing Scheduling Order remain in effect.

      **It is so ordered** this 7th day of March, 2024.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Solo Page