IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEHSHID NOURIN (02)<br>CHRISTOPHER RYDBERG (03) | Criminal No. 3:17-CR-155-L |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), the Government's Opposed Motion for Preliminary Order of Forfeiture, with Supporting Brief ("Motion") (Doc. 773), filed March 25, 2024, is hereby **referred** to United States Magistrate Judge **Renee Harris Toliver** for hearing, if necessary, and for the United States Magistrate Judge to submit to the court proposed findings and recommendations for disposition of the Motion. This order of reference also prospectively refers all procedural motions that are related to the referred Motion to the United States Magistrate Judge for resolution. All future filings regarding the referred Motion shall be addressed "To the Honorable United States Magistrate Judge"—not to the district judge or court—and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay.

**It is so ordered** this 26th day of March, 2024.

*[signature]*
Sam A. Lindsay
United States District Judge

**Order of Reference – Solo Page**