IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.  3:17-CR-155-L |
| | § | |
| DEHSHID NOURIAN (02) | § | |
| CHRISTOPHER RYDBERG (03) | § | |
| MICHAEL TABA (07) | § | |

## ORDER RESETTING SENTENCING HEARINGS

The court hereby **resets** the sentencing hearings previously scheduled for Defendants in April 2024, to the following:

Defendant Dehshid Nourian is **reset** to **Monday, December 16, 2024, at 9:00 a.m.**

Defendant Christopher Rydberg is **reset** to **Monday, December 16, 2024, at 1:30 p.m**.

Defendant Michael Taba is **reset** to **Tuesday, December 17, 2024, at 9:00 a.m.**

As stated in the court's order entered March 20, 2024 (Doc. 766), ***"the sentencing hearings will not be continued again absent exceptional circumstances beyond the control of Defendants or their counsel."*** The parties indicated to the court's court coordinator that all were available December 11, 16, 17, and 18, 2024.  In the event that an extra day is needed for any matters that are not resolved on December 16 and 17, 2024, the court **directs** the parties to leave December 18, 2024, open on their schedules.

**It is so ordered** this 2nd day of April, 2024.

Sam A. Lindsay
United States District Judge

Order – Solo Page