IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:17-CR-155-L |
| | § | |
| DEHSHID NOURIAN (02) | § | |

**ORDER**

Before the court is Defendant Dehshid Nourian's Motion to Modify Bond Conditions and Request to Travel ("Motion") (Doc. 883), filed August 21, 2024. Defendant Nourian requests that the court strike his home confinement condition and in the alternative, impose a curfew from 7:00 a.m. to 9:00 p.m. daily. Defendant also requests travel to Los Angeles, California, from October 5, 2024, through October 13, 2024, for a family trip. The Government is not opposed to a curfew rather than home confinement but believes Defendant's curfew should be from 7:00 a.m. to 7:30 p.m. daily. Defendant's probation officer believes a curfew would be more appropriate than home confinement. The Government and Defendant's probation officer defer to the court on the request to travel in October.

The court determines that Defendant's Motion should be and is hereby **granted to the extent** that it will strike the home confinement requirement and impose a curfew from **7:00 a.m. to 8:00 p.m.** Further, Defendant is permitted to travel to Los Angeles, California, from October 5, 2024, through October 13, 2024, with his immediate family. *Defendant shall provide all travel logistics to his probation officer.*

Order – Page 1

**It is so ordered** this 30th day of August, 2024.

Sam A. Lindsay
United States District Judge