IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  3:17-cr-00155-L |
| v. | |
| DEHSHID NOURIAN (02)<br> a.k.a.  DAVID NOURIAN | |

**THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO DISMISS THE ORIGINAL INDICTMENT AGAINST DEFENDANT DEHSHID NOURIAN**

In March 2017, a federal grand jury returned an indictment charging Defendant Dehshid "David" Nourian with one count of conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349, and one count of conspiracy to launder money and engage in monetary transactions in criminally derived property, in violation of 18 U.S.C. § 1956(h). In September 2019, a federal grand jury returned a superseding indictment charging David Nourian with sixteen counts: one count of conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349; eight counts of health care fraud, in violation of 18 U.S.C. § 1347; one count of conspiracy to launder money and engage in monetary transactions in criminally derived property, in violation of 18 U.S.C. § 1956(h); five counts of money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); and one count of conspiracy to defraud the United States, in violation of 18 U.S.C. § 371. (Dkt. 162.) The government proceeded to trial against David Nourian and his co-defendants on the superseding indictment on September 11, 2023. (Dkt. 634.) On November 16, 2023, a jury found David Nourian, Christopher Rydberg, and Michael Taba guilty on all counts in the superseding indictment. (Dkt. 725.) On February 21, 2025, Nourian was sentenced by the

The United States of America's Unopposed Motion to Dismiss the Original Indictment Against Defendant Dehshid Nourian | 1

Court. (Dkt. 949.)

The United States of America respectfully requests that this Court dismiss with prejudice Counts One and Two as charged and returned by the grand jury via the original indictment on March 22, 2017 in the above-styled case as to defendant David Nourian, pursuant to Federal Rule of Criminal Procedure 48(a). (*See* Dkt. 3.) The case remains pending against David Nourian's co-defendants, Jamshid Noryian, Christopher Rydberg, Michael Taba, and Ali Khavarmanesh (who is a fugitive).

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION

*/s/ Ethan Womble*
ETHAN WOMBLE
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
State Bar No. 24102757
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 202-674-5653
Fax: 214-659-8809
Email: ethan.womble@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on February 24, 2025, I conferred with counsel for the defendant,

who is unopposed to the relief sought herein.

/s/ *Ethan Womble*
ETHAN WOMBLE
Trial Attorney