IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL NO. 3:17-cr-155-L |
| DEHSHID NOURIAN (02)<br>  a.k.a. DAVID NOURIAN | § | |

**ORDER DISMISSING ORIGINAL INDICTMENT AS TO DEHSHID NOURIAN**

Before the court is the United States's Unopposed Motion to Dismiss the Original Indictment Against Defendant Dehshid Nourian ("Motion") (Doc. \_\_\_\_), filed February 24, 2025. After careful consideration of the record and applicable law, the court **grants** the Motion. The Indictment against Defendant Dehshid Nourian, filed March 22, 2017, is hereby **dismissed with prejudice**.

**It is so ordered** this \_\_\_\_ day of February 2025.

 

 

_____
SAM A. LINDSAY
UNITED STATES DISTRICT JUDGE